IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARRIO MORELAND, | ) | Case No. 3:10-cv-00154-LRH-VPC |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| JEFFREY WILEY, et al. | ) | |
| Defendants. | ) | AND ORDER THEREON |

It is stipulated and agreed by and between Plaintiff, Marrio Moreland, *pro se*, and Defendants, Bruce Flom, Edmund Mason, and Jeffrey Wiley, by and through their counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Kelly S. Werth, Deputy Attorney General, that Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. §1983, Docket No. 12, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as the parties have reached a settlement.

///
///
///
///
///
///

Each party shall bear their own attorney's fees and costs.

MARRIO MORELAND
Plaintiff

By: _____   Date: 1-24-11
MARRIO MORELAND
Pro Se

CATHERINE CORTEZ MASTO
Attorney General

By: _____   Date: Feb. 11, 2011
KELLY S. WERTH
Deputy Attorney General
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

## ORDER FOR DISMISSAL WITH PREJUDICE

Having considered the preceding **STIPULATION FOR DISMISSAL WITH PREJUDICE**, as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this __17th__ day of __February__, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE